946

In the Matter of the Claim of ERNEST WALKER, Respondent, against WILLIAM COOPER, Respondent, and STATE INSURANCE FUND, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.